**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| NICKSON KIPTOO, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Case No. 6:26-cv-03228-MBB |
| | ) | |
| JIM C. ARNOTT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## <u>ORDER DIRECTING PARTIES TO PROVIDE SUPPLEMENTAL BRIEFING</u>

Petitioner has been detained by DHS. His Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is pending. He argues that his detention violates procedural due process. He asks the Court to order Respondents to immediately release him or provide a bond hearing. Respondents argue that, presuming Petitioner makes a cognizable procedural due process claim, he is detained under 8 U.S.C. § 1225(b)(2)(A). They claim that, as an "applicant for admission," Section 1225(b)(2)(A) provides all the due process due to Petitioner.

Neither party squarely addresses whether Petitioner's prior admission on "an F-1 student visa" affects Respondents' ability to detain him under 8 U.S.C. § 1225(b)(2)(A) versus 8 U.S.C. § 1226(a). The Government merely concludes that Petitioner's classification under Section 1225(b)(2)(A) is proper. And Petitioner does not address whether Respondents' classification of him under Section 1225(b)(2)(A) is correct. The "legislative scheme" under which aliens are detained matters to the Court's procedural due process analysis. *See **Baynee v. Garland***, 115 F.4th 928, 931-33 (8th Cir. 2024). So Respondents are invited to address whether Petitioner's prior admission on "an F-1 student visa" affects whether Petitioner may be detained without bond under

Section 1225(b)(2)(A).  Respondents are further invited to explain why Section 1226(a) should not apply given Petitioner's prior admission to the United States.

Respondents shall file their submission, which shall not to exceed five pages, on or before May 4, 2025.  Petitioner shall have until and including May 7, 2026 to respond. Petitioner's response shall likewise be limited to five pages.

**IT IS SO ORDERED.**

/s/ Megan Blair Benton
MEGAN BLAIR BENTON
UNITED STATES DISTRICT JUDGE

Dated:  April 29, 2026

2